# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:

Sissell, Isaac                                         Case #: 11-01227

                                                       Chapter 13

    Debtor(s).                             Hon. Jeffrey R. Hughes

_____//                       Filed: February 10, 2011

## CHAPTER 13 PLAN

( )Original or (x)Amendment No.:___1___ ()Pre-Confirmation ( x )Post- Confirmation

## I. GENERAL PROVISIONS

This Plan will use the term "Debtor" to refer to the person or both persons who filed the Petition in this case. Terms listed after a "( )" are applicable only if the box is checked. TERM KEY - the following terms may be referred to as abbreviations throughout the Plan: Interest = Int; Adequate Protection = A/P; Principal = Pr; Taxes = Tx; Insurance = Ins; Within = W/I; Inside Plan = I/S (means paid by Trustee); Outside Plan = O/S (means paid direct by Debtor); Monthly = MO; Pre-Petition = Pre-Pet; Post-Petition - Post-Pet; Payment = Pymt; Domestic Support Obligation = DSO; Confirmation = Conf; Fair Market Value = FMV; Secured = Sec; Unsecured = Uns; Claim = Clm; Amount = Amt; Arrears = Arrs; Estimated = Est; Applicable Commitment Period = ACP; and Optional = Opt.

## A. APPLICABLE COMMITMENT PERIOD - 11 U.S.C. §1325(b)(4)

(x) The applicable commitment period is 60 months.

( ) The applicable commitment period is 36 months.

**B. PLAN PAYMENT** The Debtor submits all or such portion of the Debtor's future income to the control of the Trustee as in, or may be necessary for the execution of the Plan. The Debtor, or the Debtor's employer shall pay to the Trustee the sum of $4399.28 per ( )week, ( )bi-weekly, ( )semi-monthly, (x) monthly, or ( ) other.
(If proposing a step payment or a liquidating Plan, mark "Other" and the provide terms in "Other Plan Provisions" as set forth below. Pursuant to 11 U.S.C. §1326 the Debtor shall commence making payments not later than 30 days after the date of the filing of the Plan or the Order for Relief, whichever is earlier.

The Debtor shall submit all disposable income directly to the control and supervision of the Trustee. If the Debtor becomes 30 days delinquent in making payments under the Plan, the Trustee may submit a payroll order to the Clerk with an appropriate affidavit (copies to the Debtor and Debtor's counsel) and the Court may enter the payroll order without further hearing. The Debtor shall notify the Trustee immediately of any change of employment until the Plan is completed.

(x) Other Plan Payment Provisions: The monthly amount paid to the Trustee shall return to $2,932.85 after 8 months and the Plan arrears are paid off.

Date: 1/24/2013                           /s/ Isaac Sissell_____
                                                                    , Debtor


Date: 1/24/2013                           /s/ Andrew Longcore_____
                                                                    , Counsel for the Debtor